UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTY MARCH, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REAL ESTATE BOARD OF NEW YORK; *et al.*,<br><br>Defendants. | Civil Action No. 1:23-CV-9995-JGLC |

## NOTICE OF ERRATA TO CLASS ACTION COMPLAINT

Plaintiffs hereby give notice of errata to all parties regarding Plaintiffs' Class Action Complaint, ECF No. 1 ("Complaint") electronically filed on November 13, 2023. The correct Exhibit A to the Complaint, attached here as Exhibit A, was omitted. Plaintiffs respectfully request this Court to accept Exhibit A attached hereto as Exhibit A to the Complaint.

Dated: November 29, 2023

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 *s/* Patrick J. McGahan
Patrick J. McGahan
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile:  860-537-4432
pmcgahan@scott-scott.com

Michael M. Buchman
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY 10017
Telephone: 212-577-0050
mbuchman@motleyrice.com

*Attorneys for Plaintiff*