# MEDINA LAW FIRM LLC

641 LEXINGTON AVENUE
THIRTEENTH FLOOR
NEW YORK, NY 10022
Telephone: (212)-404-1742
Facsimile: (888)-833-9534

A Limited Liability Company
www.medinafirm.com

1200 N. FEDERAL HIGHWAY
SECOND FLOOR
BOCA RATON, FL 33432
Telephone: (954)-859-2000
Facsimile: (888)-833-9534

Eric S. Medina, Esq.°

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2023

Writer's Email:
emedina@medinafirm.com

°Member NY, NJ & FL Bar

December 28, 2023

Granted.

SO ORDERED:

12/29/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA CM/ECF FILING**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

Re:   *Montey March vs. Real Estate Board of New York et al,*
      Case No. 1:23-cv-09995 (JGCLC)
      Letter Motion re Extension of Time

Dear Judge Lehrburger:

   The undersigned was retained this afternoon on behalf of Keller Williams NYC, LLC ("KWNYC"). Consistent with section I(F) of Your Honor's Individual Rules of Practice in Civil Cases. I write to request an extension of time to answer or otherwise respond to the complaint filed by Plaintiff Monty March ("Plaintiff") against KWNYC through and until January 25, 2024. The foregoing request is made with the consent of counsel for the Plaintiff.

   Plaintiff's time to respond to the Plaintiff's complaint is set to expire today, December 28, 2023, according to the affidavit of service filed by Plaintiff [Doc. No. 55]. KWNYC's representatives' noted service was made at a later date (December 8, 2023) and was under the impression there was additional time to respond or otherwise move with regard to the Plaintiff's complaint. KWNYC further notes that although this request is made less than 48 hours prior to the expiration of the time period as set forth in Your Honor's Individual Rules of Practice, cause exists for the relief sought hereby in light of its retention of counsel this afternoon, the consent of the Plaintiff, and the making of this request prior to the expiration of the time period by KWNYC.

   KWNYC seeks additional time through and until January 25, 2024 so as to join the other defendants named in this case with regards to coordinated briefing. This is KWNYC's first request for an extension of time in this matter. An initial Pretrial Conference has been scheduled for February 7, 2024.

MEDINA LAW FIRM LLC
December 28, 2023
Page 2

                                          Respectfully submitted,

                                          */s/ Eric Medina*

                                          Eric S. Medina, Esq.

cc: All counsel (via cm/ecf)

4871-8785-7305, v. 1