UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2024

| | |
|---|---|
| MONTY MARCH, on behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REAL ESTATE BOARD OF NEW YORK; REAL ESTATE BOARD OF NEW YORK LISTING SERVICE; BROWN HARRIS STEVENS, LLC; CHRISTIE'S INTERNATIONAL REAL ESTATE LLC; COLDWELL BANKER LLC; COMPASS, INC.; CORE MARKETING SERVICES LLC; THE CORCORAN GROUP, INC.; DOUGLAS ELLIMAN, INC.; ELEGRAN REAL ESTATE, d/b/a ELEGRAN LLC; ENGEL & VOLKERS LLC; FOX RESIDENTIAL GROUP LLC;  HALSTEAD REAL ESTATE LLC; HOMESNAP INC.; KELLER WILLIAMS NYC, LLC; LESLIE J. GARFIELD & CO., INC.; LEVEL GROUP INC.; M.N.S. REAL ESTATE NYC, LLC; MODERN SPACES LLC; THE AGENCY LLC; THE MODLIN GROUP LLC; NEST SEEKERS INTERNATIONAL LLC; OXFORD PROPERTY GROUP LLC; R NEW YORK LLC; RE/MAX, LLC; SERHANT LLC; SLOANE SQUARE LLC; and SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC,<br><br>Defendants. | Case No.: 1:23-cv-09995-JGLC-RWL |

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR A STAY OF PROCEEDINGS

This matter having come before the Court upon a Joint Motion by Defendants Real Estate

Board of New York ("REBNY"), REBNY Listing Service ("RLS"), Keller Williams NYC, LLC

("KWNYC"), R New York Real Estate, LLC (incorrectly sued as R New York LLC), CORE

Marketing Group LLC s/h/a Core Marketing Services LLC, Compass Inc., Douglas Elliman Inc., Sloane Square LLC, Engel & Völkers New York Real Estate LLC (incorrectly sued as Engel & Volkers LLC), Leslie J. Garfield & Co., Inc., Modern Spaces LLC, Elegran Real Estate d/b/a Elegran LLC, Fox Residential Group, Inc. (incorrectly sued as Fox Residential Group LLC), and Serhant LLC, Level Group Inc., Nest Seekers LLC d/b/a Nestseekers International (incorrectly sued as Nest Seekers International LLC), TDG_TREGYNY LLC d/b/a MNS (sued herein as M.N.S. Real Estate NYC, LLC), Brown Harris Stevens Residential Sales, LLC (incorrectly named as Defendant Brown Harris Stevens, LLC), Halstead Manhattan, LLC (incorrectly named as Defendant Halstead Real Estate LLC), and The Modlin Group LLC, (collectively, the "Moving Defendants") and Plaintiff Monty March, and the Court having reviewed the record and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Joint Motion for a Stay of Proceedings is GRANTED, and all proceedings and deadlines in this Action, are stayed pending the Judicial Panel on Multidistrict Litigation's ("JPML") ruling of the pending Motion to Transfer pursuant to 28 U.S.C. § 1407 ("Transfer Motion").

**IT IS FURTHER ORDERED** that the Parties advise the Court within five (5) business days of the JPML's ruling on the Transfer Motion, and that if the JPML orders that this Action remain in this Court, the Parties will contemporaneously submit a motion to dismiss briefing schedule.

So ordered this __31__ day of __January__, 2024.

Honorable Robert W. Lehrburger