UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTY MARCH, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REAL ESTATE BOARD OF NEW YORK; REAL ESTATE BOARD OF NEW YORK LISTING SERVICE; BROWN HARRIS STEVENS, LLC; CHRISTIE'S INTERNATIONAL REAL ESTATE LLC; COLDWELL BANKER LLC; COMPASS, INC.; CORE MARKETING SERVICES LLC; THE CORCORAN GROUP, INC.; DOUGLASS ELLIMAN, INC.; ELEGRAN REAL ESTATE, d/b/a ELEGRAN LLC; ENGEL & VOLKERS LLC; FOX RESIDENTIAL GROUP LLC;  HALSTEAD REAL ESTATE LLC; HOMESNAP INC.; KELLER WILLIAMS NYC, LLC; LESLIE J. GARFIELD & CO., INC.; LEVEL GROUP INC.; M.N.S. REAL ESTATE NYC, LLC; MODERN SPACES LLC; THE AGENCY LLC; THE MODLIN GROUP LLC; NEST SEEKERS INTERNATIONAL LLC; OXFORD PROPERTY GROUP LLC; R NEW YORK LLC; RE/MAX, LLC; SERHANT LLC; SLOANE SQUARE LLC; and SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC,<br><br>Defendants. | Civil Action No. 23-cv-09995<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Monty March hereby voluntarily dismisses this action without prejudice as to Defendant HomeSnap, Inc.

Dated: February 23, 2024                    **MOTLEY RICE LLC**


 /s/ *Michael M. Buchman*
MICHAEL M. BUCHMAN
777 Third Avenue, 27th Floor
New York, NY 10017
Telephone: 212-577-0050
mbuchman@motleyrice.com

**MILLER LAW LLC**
Marvin A. Miller
53 W. Jackson Boulevard, Suite 1320
Chicago, IL  60604
Telephone: 312-332-3400
mmiller@millerlawllc.com

*Counsel for Plaintiff Monty March*