USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/30/2024

The request to substitute is GRANTED. The Clerk of Court is respectfully directed to modify the docket identification of parties accordingly.

SO ORDERED:

04/30/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

For the foregoing reasons, the Parties respectfully request that the Court: (i) deem the entities in Column 1 substituted in for the entities in Column 2 below; and (ii) terminate the substituted entities in Column 2 as Defendants from the docket:

### Table A

| 1<br>**Correct Defendant (Substituted In)** | 2<br>**Current Defendant (Substituted Out) Terminated from Docket** |
|---|---|
| Real Estate Board of New York, Inc. | Real Estate Board of New York |
| Engel & Völkers New York Real Estate LLC | Engels & Volkers LLC |
| Nest Seekers LLC d/b/a Nest Seekers International | Nest Seekers International LLC |
| Fox Residential Group, Inc | Fox Residential Group, LLC |
| Brown Harris Stevens Residential Sales, LLC | Brown Harris Stevens, LLC |
| Halstead Manhattan, LLC | Halstead Real Estate LLC |
| R New York Real Estate LLC d/b/a R New York | R New York LLC |
| CORE Group Marketing LLC | Core Marketing Services LLC |
| TDG-TREGNY LLC d/b/a M.N.S. | M.N.S. Real Estate, LLC |
| Suitey, Inc. d/b/a The Agency | The Agency LLC |
| Elegran LLC d/b/a Elegran Real Estate | Elegran Real Estate d/b/a Elegran LLC |
| Coldwell Banker Real Estate LLC | Coldwell Banker LLC |
| Tribecca Market Center LLC d/b/a Keller Williams NYC | Keller Williams NYC LLC |