```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONY MARCH ET AL.,

                    Plaintiffs,

      - against -

REAL ESTATE BOARD OF NEW YORK, INC ET AL.,

                    Defendants.
------------------------------------------------------------X

23-CV-9995 (JGLC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On May 21, 2024, Plaintiffs filed a letter seeking leave to file a motion for appointment of Micheal M. Buchman of Motley Rice LLC and Marvin A. Miller of Miller Law LLC as Interim Co-Lead Counsel on behalf of the putative Direct Purchaser Plaintiff Manhattan residential real estate Seller Class. (Dkt. 206.) No Defendant filed any response within the three-day period to do so. Accordingly, Plaintiffs may proceed with filing the motion.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 206.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: May 28, 2024
       New York, New York

Copies transmitted this date to all counsel of record.