UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTY MARCH and LINDA PRATKA, on Behalf of Themselves and All Others Similarly Situated,<br><br>   *Plaintiffs*,<br> v.<br><br>REAL ESTATE BOARD OF NEW YORK, INC.; BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC; CHRISTIE'S INTERNATIONAL REAL ESTATE GROUP, LLC; CHRISTIE'S INTERNATIONAL REAL ESTATE LLC; COLDWELL BANKER REAL ESTATE LLC; COMPASS, INC.; CORE GROUP MARKETING LLC; THE CORCORAN GROUP, INC.; THE CORCORAN GROUP LLC; DOUGLAS ELLIMAN, INC.; ELEGRAN LLC D/B/A ELEGRAN REAL ESTATE; ENGEL & VÖLKERS NEW YORK REAL ESTATE LLC; FOX RESIDENTIAL GROUP, INC; HALSTEAD MANHATTAN, LLC; TRIBECCA MARKET CENTER LLC D/B/A KELLER WILLIAMS NYC; LESLIE J. GARFIELD & CO. INC.; LEVEL GROUP INC.;TDG-TREGNY LLC d/b/a M.N.S.; MODERN SPACES, LLC; SUITEY, INC. D/B/A THE AGENCY; THE MODLIN GROUP LLC; NEST SEEKERS LLC D/B/A NEST SEEKERS INTERNATIONAL; R NEW YORK REAL ESTATE LLC D/B/A R NEW YORK; RE/MAX, LLC; SERHANT LLC; SLOANE SQUARE LLC; and SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC,<br><br>   *Defendants*. | Case No. 1:23-CV-09995-JGLC-RWL<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 05/29/2024 |

## ORDER FOR ADMISSION *PRO HAC VICE*

  The motion of Drew A. Navikas, Esq. for admission to practice *Pro Hac Vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Pennsylvania, and that his contact information is as follows:

>Drew A. Navikas
>1200 Seventeenth Street NW
>Washington, DC 20036-3006
>Tel: (202) 663-8026
>Fax: (202) 663-8007
>drew.navikas@pillsburylaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Engel & Volkers New York Real Estate LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Drew A. Navikas is admitted to practice Pro Hac Vice in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 05/29/2024

The Hon. Robert W. Lehrburger
United States Magistrate Judge