# Lieb at Law, P.C.

308 W. Main Street, Suite 100
Smithtown, New York 11787

Phone: 646.216.8009
Fax: 631.878.4460
www.LiebatLaw.com
Email: info@liebatlaw.com

June 10, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/14/2024

**VIA ECF**
Hon. Robert W. Lehrburger, U.S.M.J
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *March v. Real Estate Board of New York*, et al., 23-cv-09995 (JGLC)(RWL)
*Friedman v. Real Estate Board of New York, et al.*, 24-cv-00405 (JGLC)(RWL)

Dear Your Honor:

We write on behalf of defendant Serhant LLC in the above-referenced actions to respectfully request that the conference scheduled for June 26, 2024 at 10AM be adjourned to either July 10, July 11, or July 12. After conferring with counsel for plaintiffs in both actions, plaintiffs take no position. The basis for the request is that I am scheduled to be out of the office for a personal family matter on that day. We thank the Court for its consideration

Respectfully submitted,

/s/
Cheryl L. Berger

cc.: All appearing parties (via ecf)

Given the number of parties and attorneys involved, and given that no other party has asked for adjournment, the request to adjourn the June 26, 2024 conference is denied. Counsel may, however, participate by phone. The Deputy Clerk will provide the necessary information to do so.

SO ORDERED:

06/14/2024     /s/

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE