UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MONTY MARCH on behalf of himself and all : 
others similarly situated,                      : 

                         Plaintiffs    :

                v.                :

THE REAL ESTATE BOARD OF NEW : 
YORK, *et al*.,                       : 

                       Defendants    :

------------------------------------------------------------X

23-cv-09995 (JGLC)(RWL)

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**

      **TO THE CLERK OF COURT AND ALL OTHER PARTIES**, please take notice that

Michael M. Buchman joined the Saveri Law Firm on February 17, 2026. His new contact

information is as follows:

> Michael M. Buchman, Esq.
> **SAVERI LAW FIRM LLP**
> 780 Third Avenue, Suite 1200
> New York, New York 10022
> Telephone: (347) 790-0069
> Facsimile: (347) 790-0029
> Email: mbuchman@saverilawfirm.com

Dated: March 23, 2026                      **SAVERI LAW FIRM LLP**

                                    */s/ Michael M. Buchman*
                                   Michael M. Buchman
                                    **SAVERI LAW FIRM LLP**
                                    780 Third Avenue, Suite 1200
                                    New York, NY 10022
                                    Tel: (347) 790-0069
                                    mbuchman@saverilawfirm.com

2

## CERTIFICATE OF SERVICE

I, Michael M. Buchman, hereby certify that on March 23, 2026 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Michael M. Buchman*

Michael M. Buchman