**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MONTY MARCH and LINDA PRATKA, individually and on behalf of other similarly situated persons,

*Plaintiffs*,

v.

THE REAL ESTATE BOARD OF NEW YORK, INC.; DOUGLAS ELLIMAN INC.; CHISTIE'S INTERNATIONAL REAL ESTATE GROUP LLC; CORCORAN GROUP LLC; SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC; BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC; BROWN HARRIS STEVENS BROOKLYN, LLC; SERHANT LLC; COMPASS, INC.; NEST SEEKERS LLC, SUITEY, INC., a/k/a TRIPLEMINT, d/b/a THE AGENCY; ELEGRAN LLC; ENGEL & VOLKERS NEW YORK REAL ESTATE LLC; R NEW YORK REAL ESTATE LLC; TERRA HOLDINGS, LLC; TDG-TREGNY, LLC d/b/a/ MNS; and LESLIE J. GARFIELD & CO. INC.,

*Defendants*.

Case No. 23-cv-09995-JGLC-RWL

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Monty March and Linda Pratka hereby voluntarily dismiss this action with prejudice against Brown Harris Stevens Residential Sales, LLC, Brown Harris Stevens Brooklyn, LLC, and Terra Holdings, LLC, with each party to bear its own attorneys' fees and costs.

Date: October 8, 2026

Respectfully submitted,

*/s/ Michael M. Buchman*
Michael M. Buchman
**SAVERI LAW FIRM, LLP**
780 Third Avenue, Suite 1200
New York, New York 10017
T: (212) 970-0300
F: (212) 970-0301
mbuchman@saverilawfirm.com

*/s/ Marvin A. Miller*
Marvin A. Miller
**MILLER LAW LLC**
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
T: (312) 332-3400
mmiller@millerlawllc.com

*Counsel for Plaintiffs Monty March & Linda Pratka*