UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTY MARCH and LINDA PRATKA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>REAL ESTATE BOARD OF NEW YORK, INC., et al.,<br><br>Defendants. | 23-CV-9995 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On October 9, 2026, Plaintiffs Monty March and Linda Pratka filed notices of voluntary dismissal against Defendants Brown Harris Stevens Residential Sales, LLC; Suitey, Inc., d/b/a The Agency; and Engel & Volkers New York Real Estate LLC. ECF Nos. 313 and 314. On October 13, 2026, Plaintiffs filed notices of voluntary dismissal against Defendants Coldwell Banker Real Estate LLC; The Corcoran Group, Inc.; The Corcoran Group LLC; Sotheby's International Realty Affiliates LLC; Tribecca Market Center LLC d/b/a Keller Williams NYC; Douglas Elliman, Inc.; RE/MAX LLC; Compass, Inc.; Christie's International Real Estate Group, LLC; and Christie's International Real Estate LLC. ECF Nos. 315, 316, 318–21.

It is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs and with prejudice as against the above-named Defendants.

Dated: October 14, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge